**E-filed 2/5/07**

1  JAMES POOLEY  #058041
   L. SCOTT OLIVER  #174824
2  DIANA LUO #233712
   Pooley & Oliver, LLP
3  Five Palo Alto Square, 7th Floor
   3000 El Camino Real
4  Palo Alto, CA  94306-2109
   Telephone:    (650) 739-7020
5  Facsimile:     (650) 739-7060
   jpooley@pooleyoliver.com
6  soliver@ pooleyoliver.com
   dluo@pooleyoliver.com
7
   Attorneys for Defendant
8  BROADCOM CORPORATION

9

   JAMES B. LEWIS (SBN 71669)
10 WILLIAM F. ABRAMS (SBN 88805)
   RUBY M. WAYNE (SBN 229538)
11 BINGHAM McCUTCHEN LLP
   1900 University Avenue
12 East Palo Alto, CA  94303-2223
   Telephone:    (650) 849-4400
13 Facsimile:     (650) 849-4800
   james.lewis@bingham.com
14 william.abrams@bingham.com
   ruby.wayne@bingham.com
15
   Attorneys for Plaintiff
16 TOWNSHEND INTELLECTUAL PROPERTY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | Case No. CV 06-05118 JF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| BROADCOM CORPORATION, a California Corporation, | |
| Defendant. | |

Pursuant to Northern District Civil Local Rules 6-2 and 7-12, Plaintiff and Counter-Defendant Townshend Intellectual Property, L.L.C., and Defendant and Counter-Plaintiff Broadcom Corporation (collectively, the "Parties") submit this stipulation relating to the date for

STIP & [PROPOSED] ORDER CONTINUING CMC DATE
Case No. CV 06-05118 JF

the Case Management Conference:

WHEREAS, the Court ordered the Parties to appear on February 23, 2007 for a Case Management Conference;

WHEREAS, counsel for both Parties are not available on February 23rd due to prior commitments, but are available on March 9, 2007;

WHEREAS, the Calendar Clerk informed the Parties that the Court is also available on March 9th;

IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

The Case Management Conference shall be held on March 9, 2007, at 10:30 a.m., or as soon thereafter as counsel maybe heard.

Dated: February 1, 2007          POOLEY & OLIVER LLP

                                 By: /s/ Diana Luo
                                     James Pooley
                                     L. Scott Oliver
                                     Diana Luo
                                     Attorneys for Defendant
                                     BROADCOM CORPORATION

Dated: February 1, 2007          BINGHAM McCUTCHEN LLP

                                 By: /s/ Ruby M. Wayne
                                     James B. Lewis
                                     William F. Abrams
                                     Ruby M. Wayne
                                     Attorneys for Plaintiff
                                     TOWNSHEND INTELLECTUAL PROPERTY

### ORDER

Pursuant to the stipulation of the parties, it is so ordered.

Dated: February _5_, 2007

                                 _____
                                 The Honorable Jeremy Fogel
                                 United States District Court
                                 Northern District of California