| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | JAMES B. LEWIS (SBN 71669) |
| 2 | WILLIAM F. ABRAMS (SBN 88805) |
|   | RUBY M. WAYNE (SBN 229538) |
| 3 | 1900 University Avenue |
|   | East Palo Alto, California  94303-2223 |
| 4 | Telephone:  (650) 849-4400 |
|   | Facsimile:  (650) 849-4800 |
| 5 | james.lewis@bingham.com |
|   | william.abrams@bingham.com |
| 6 | ruby.wayne@bingham.com |
| 7 | Attorneys for Plaintiff |
|   | TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., |
| 8 | A California L.L.C. |
| 9 | Morrison & Foerster LLP |
|   | JAMES POOLEY (SBN 058041) |
| 10 | L. SCOTT OLIVER (SBN 174824) |
|    | DIANA LUO (SBN 233712) |
| 11 | 755 Page Mill Road |
|    | Palo Alto, California 94304-1018 |
| 12 | Telephone:  (650) 813-5600 |
|    | Facsimile:  (650) 494-0792 |
| 13 | jpooley@mofo.com |
|    | soliver@mofo.com |
| 14 | dluo@mofo.com |
| 15 | Attorneys for Defendant |
|    | BROADCOM CORPORATION, |
| 16 | A California Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | | No.  C06-05118 JF |
| | Plaintiff, | **STIPULATED *MARKMAN* SCHEDULE AND [~~PROPOSED~~] SCHEDULING ORDER** |
| v. | | |
| BROADCOM CORPORATION, a California corporation, | | |
| | Defendant. | |

Case No. C06-05118 JF

STIPULATED MARKMAN SCHEDULE AND [PROPOSED] SCHEDULING ORDER

A/72165666.1

The parties to the above entitled action jointly submit the following Stipulated *Markman* Schedule and request the Court to adopt it as its *Markman* Scheduling Order in this case.

I. **PROPOSED** *MARKMAN* **SCHEDULE:**

| Event | Proposed Dates |
|---|---|
| Last Day for Interim Preliminary Invalidity Contentions (pursuant to Judge Seeborg's July 30, 2007 Order) and Related Document Production (Patent L.R. 3-4) | 8/17 |
| Exchange of Townshend's Proposed Terms and Claim Elements for Construction and Broadcom's Initial Proposed Terms and Claim Elements for Construction | 8/31 |
| Townshend's Supplemental Preliminary Infringement Contentions | No later than 9/4[1] |
| Exchange of Townshend's Preliminary Claim Construction and Extrinsic Evidence and Broadcom's Initial Preliminary Claim Construction and Extrinsic Evidence | 9/14 |
| Broadcom's Amended Invalidity Contentions (pursuant to Judge Seeborg's July 30, 2007 Order) | No later than 9/24[2] |
| Broadcom's Amended Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1; consistent with Judge Seeborg's July 30, 2007 Order) | Same day as Broadcom's Amended Invalidity Contentions |
| Broadcom's Amended Claim Construction and Extrinsic Evidence (Patent L.R. 4-2; consistent with Judge Seeborg's July 30, 2007 Order) | No later than 10/1[3] |
| Meet and confer re: Joint Claim Construction Statements | 10/9 |

---

[1] On July 24th, Judge Seeborg approved a stipulated request to extend the due date for Townshend's Supplemental Preliminary Infringement Contentions by 30 days to September 4th.
[2] Pursuant to Judge Seeborg's July 30, 2007 Order, Broadcom has 20 calendar days after Townshend serves its Supplemental Preliminary Infringement Contentions to amend its invalidity contentions.
[3] Broadcom shall serve its Amended Claim Construction and Extrinsic Evidence 7 calendar days after it serves its Amended Invalidity Contentions.

| Event | Proposed Dates |
|---|---|
| File Joint Claim Construction Statements (Patent L.R. 4-3) | 10/15 |
| Complete Claim Construction Discovery (Patent L.R. 4-4) | 10/19 |
| Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | 10/29 |
| Opposing Claim Construction Briefs (Patent L.R. 4-5(b)) | 11/12 |
| Reply Claim Construction Briefs (Patent L.R. 4-5(c)) | 11/19 |
| Prehearing Conference (Patent L.R. 4-3(e)) | Subject to Court's Calendar |
| Technology Tutorial (same date as Claim Construction Hearing) | 11/26 |
| Claim Construction Hearing (Patent L.R. 4-6) | 11/26 |

DATED:  August 27, 2007         By:  /s/ Ruby M. Wayne
                                     Ruby M. Wayne
                                   BINGHAM McCUTCHEN LLP
                                   Attorneys for Plaintiff
                                   TOWNSHEND INTELLECTUAL
                                        PROPERTY, LLC


DATED:  August 27, 2007         By:  /s/ Diana Luo
                                        Diana Luo
                                  MORRISON & FOERSTER LLP
                                   Attorneys for Defendant
                                   BROADCOM CORPORATION

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Stipulated *Markman* Schedule is hereby adopted as the *Markman* Scheduling Order |
| 3 | for this case and the parties are ordered to comply with this Order. |
| 4 | IT IS SO ORDERED. |
| 5 | |
| 6 | DATED: _____8/31/07_____ |
| 7 | Honorable Jeremy Fogel<br>United States District Court Judge |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |