**e-filed 10/1/07

1   Bingham McCutchen LLP
    JAMES B. LEWIS (SBN 71669)
2   WILLIAM F. ABRAMS (SBN 88805)
    RUBY M. WAYNE (SBN 229538)
3   1900 University Avenue
    East Palo Alto, California  94303-2223
4   Telephone:  (650) 849-4400
    Facsimile:  (650) 849-4800
5   james.lewis@bingham.com
    william.abrams@bingham.com
6   ruby.wayne@bingham.com

7   Attorneys for Plaintiff
    TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.,
8   A California L.L.C.

9   Morrison & Foerster LLP
    JAMES POOLEY (SBN 058041)
10  L. SCOTT OLIVER (SBN 174824)
    DIANA LUO (SBN 233712)
11  755 Page Mill Road
    Palo Alto, California 94304-1018
12  Telephone:  (650) 813-5600
    Facsimile:  (650) 494-0792
13  jpooley@mofo.com
    soliver@mofo.com
14  dluo@mofo.com

15  Attorneys for Defendant
    BROADCOM CORPORATION,
16  A California Corporation

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN JOSE DIVISION

20

21

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | No.  C06-05118 JF |
| Plaintiff, <br> v. | **FIRST AMENDED STIPULATED** *MARKMAN* **SCHEDULE AND** [PROPOSED] **SCHEDULING ORDER** |
| BROADCOM CORPORATION, a California corporation, | |
| Defendant. | |

22

23

24

25

26

27

28

Case No. C06-05118 JF

**1**      On August 28, 2007, the parties to the above entitled action jointly submitted a proposed

**2** Stipulated *Markman* Schedule.  After the filing of the proposed Stipulated *Markman* Schedule,

**3** the parties noticed that the proposed due date of Broadcom's Claim Construction Brief

**4** (November 12, 2007) falls on the Veterans' Day Holiday.  However, the parties were not able to

**5** notify the Court of this oversight prior to the Court issuing an order adopting the proposed

**6** Stipulated *Markman* Schedule on September 4, 2007.[1]

**7**

**8**      The parties hereby jointly submit the First Amended Stipulated *Markman* Schedule and

**9** request that the Court adopt it as the *Markman* Scheduling Order in this case.

**10** **I.  FIRST AMENDED PROPOSED *MARKMAN* SCHEDULE:**

**11**

| Event | Proposed Dates |
|---|---|
| Last Day for Interim Preliminary Invalidity Contentions (pursuant to Judge Seeborg's July 30, 2007 Order) and Related Document Production (Patent L.R. 3-4) | 8/17 |
| Exchange of Townshend's Proposed Terms and Claim Elements for Construction and Broadcom's Initial Proposed Terms and Claim Elements for Construction | 8/31 |
| Townshend's Supplemental Preliminary Infringement Contentions | No later than 9/4[2] |
| Exchange of Townshend's Preliminary Claim Construction and Extrinsic Evidence and Broadcom's Initial Preliminary Claim Construction and Extrinsic Evidence | 9/14 |
| Broadcom's Amended Invalidity Contentions (pursuant to Judge Seeborg's July 30, 2007 Order) | No later than 9/24[3] |

**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**

**23**

**24**   [1] In light of the change, the Reply Claim Construction Brief deadline has also been adjusted.
**25**   [2] On July 24th, Judge Seeborg approved a stipulated request to extend the due date for
Townshend's Supplemental Preliminary Infringement Contentions by 30 days to September 4th.
**26**   [3] Pursuant to Judge Seeborg's July 30, 2007 Order, Broadcom has 20 calendar days after
Townshend serves its Supplemental Preliminary Infringement Contentions to amend its
**27**   invalidity contentions.

**28**

FIRST AMENDED STIPULATED MARKMAN SCHEDULE AND [PROPOSED] SCHEDULING ORDER

pa-1193271

| Event | Proposed Dates |
|---|---|
| Broadcom's Amended Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1; consistent with Judge Seeborg's July 30, 2007 Order) | Same day as Broadcom's Amended Invalidity Contentions |
| Broadcom's Amended Claim Construction and Extrinsic Evidence (Patent L.R. 4-2; consistent with Judge Seeborg's July 30, 2007 Order) | No later than 10/1[4] |
| Meet and confer re: Joint Claim Construction Statements | 10/9 |
| File Joint Claim Construction Statements (Patent L.R. 4-3) | 10/15 |
| Complete Claim Construction Discovery (Patent L.R. 4-4) | 10/19 |
| Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | 10/29 |
| Opposing Claim Construction Briefs (Patent L.R. 4-5(b)) | 11/13 |
| Reply Claim Construction Briefs (Patent L.R. 4-5(c)) | 11/20 |
| Prehearing Conference (Patent L.R. 4-3(e)) | Subject to Court's Calendar |
| Technology Tutorial (same date as Claim Construction Hearing) | 11/26 |
| Claim Construction Hearing (Patent L.R. 4-6) | 11/26 |

[4] Broadcom shall serve its Amended Claim Construction and Extrinsic Evidence seven calendar days after it serves its Amended Invalidity Contentions.

FIRST AMENDED STIPULATED MARKMAN SCHEDULE AND [PROPOSED] SCHEDULING ORDER

pa-1193271

1

DATED:  September 25, 2007          By:  /s/ RUBY M. WAYNE

2                                         Ruby M. Wayne
                                     BINGHAM McCUTCHEN LLP
3                                      Attorneys for Plaintiff
                                     TOWNSHEND INTELLECTUAL
4                                        PROPERTY, LLC

5

6

7

DATED:   September 25, 2007         By:  /s/ DIANA LUO

8                                         Diana Luo
                                     MORRISON & FOERSTER LLP
                                       Attorneys for Defendant
9                                    BROADCOM CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C06-05118 JF

FIRST AMENDED STIPULATED MARKMAN SCHEDULE AND [PROPOSED] SCHEDULING ORDER

pa-1193271

1  **<u>ORDER</u>**

2       The First Amended Stipulated *Markman* Schedule is hereby adopted as the *Markman*

3  Scheduling Order for this case and the parties are ordered to comply with this Order.

4       IT IS SO ORDERED.

5

6  DATED: 9/27/07_____     _____

7                                   Honorable Jeremy Fogel
                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C06-05118 JF

FIRST AMENDED STIPULATED MARKMAN SCHEDULE AND [PROPOSED] SCHEDULING ORDER

pa-1193271

1       ATTESTATION

2       I, DIANA LUO, am the ECF User whose ID and password are being used to file this

3   **FIRST AMENDED STIPULATED *MARKMAN* SCHEDULE AND [PROPOSED]**

4   **SCHEDULING ORDER**.  In compliance with General Order 45, X.B., I hereby attest that

5   RUBY M. WAYNE has concurred in this filing.

6
    DATED:   September 25, 2007                  By:  /s/ DIANA LUO
7                                                        Diana Luo
                                                    MORRISON & FOERSTER LLP
8                                                    Attorneys for Defendant
                                                    BROADCOM CORPORATION
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

pa-1193271