JAMES POOLEY (CA SBN 58041)
L. SCOTT OLIVER (CA SBN 174824)
DIANA LUO (CA SBN 233712)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
JPooley@mofo.com
SOliver@mofo.com
DLuo@mofo.com

*efiled 11/20/07

Attorneys for Defendant and Counterclaimant
BROADCOM CORPORATION

JAMES B. LEWIS (SBN 71669)
WILLIAM F. ABRAMS (SBN 88805)
RUBY M. WAYNE (SBN 229538)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800
james.lewis@bingham.com
william.abrams@bingham.com
ruby.wayne@bingham.com

Attorneys for Plaintiff and Counterdefendant
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.,
A California L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION, a California Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.   CV 06-05118 JF<br><br>**[PROPOSED] ORDER RE: EQUIPMENT IN COURT ROOM FOR NOVEMBER 26, 2007 MARKMAN HEARING**<br><br>Hon. Jeremy Fogel |

1    IT IS HEREBY ORDERED that Townshend Intellectual Property, LLC and Broadcom
2 Corporation shall be permitted to install, use and remove the following equipment for the hearing
3 on summary judgment set for 9:00 a.m. on November 26, 2007 in Courtroom 3, 5th Floor, of the
4 Honorable Jeremy Fogel:

5    1.   Laptop computers (6);
6    2.   17" Flat screen monitors with stands (2);
7    3.   Projection screen (1);
8    4.   Projector with stand (1);
9    5.   Printer (1);
10   6.   Cabling, extension cords, and peripherals, including surge protectors, switch box, and
11        4way DA;
12   7.   Elmo with stand (1);
13   8.   AV cart/stand (1);
14   9.   Easels; and
15   10.  Flip charts.

18   Dated:  11/20/07            By: _____
                                 The Honorable Jeremy Fogel
19                               UNITED STATES DISTRICT COURT
                                 JUDGE

[PROPOSED] ORDER RE: EQUIPMENT IN COURT ROOM FOR MARKMAN
CASE NO. CV 06-05118 JF
pa-1209820

2