**\*E-FILED 1/28/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., <br><br>  Plaintiff, <br>  v. <br>BROADCOM CORPORATION, <br><br>  Defendant. | NO. C 06-05118 JF (RS) <br><br>**ORDER** |

The Court is advised that the parties may have a continuing disagreement with respect to certain issues addressed in an order entered on August 29, 2007. Based on the parties' joint letter brief submitted on September 14, 2007 in response to that order, it was the Court's understanding that no further action by the Court was necessary. If that is not the case, within 14 days of the date of this order, the parties shall submit a further joint letter brief setting out the issues they believe need to be resolved and their respective positions thereon.

IT IS SO ORDERED.

Dated: January 28, 2008

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

William Frederick Abrams     william.abrams@bingham.com

Kevin A. Fitzgerald     kevin.fitzgerald@bingham.com

James Boyd Lewis     james.lewis@bingham.com

Diana Luo     dluo@mofo.com, bgomez@mofo.com

Carlos Patricio Mino     carlos.mino@bingham.com

Katherine M. Nolan-Stevaux     knolanstevaux@mofo.com, mbarakah@mofo.com

Larry Scott Oliver     soliver@mofo.com, kolivares@mofo.com, llontayao@mofo.com, msmoot@mofo.com

James Pooley     jpooley@mofo.com, llontayao@mofo.com, msmoot@mofo.com

Ruby May Wayne     ruby.wayne@bingham.com, courtney.smith@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 1/28/08**                                                      **Richard W. Wieking, Clerk**

                                                                        **By:     Chambers**

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL
C 06-05118 JF (RS)