| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | JAMES B. LEWIS (SBN 71669) |
| 2 | WILLIAM F. ABRAMS (SBN 88805) |
| | RUBY M. WAYNE (SBN 229538) |
| 3 | 1900 University Avenue |
| | East Palo Alto, California 94303-2223 |
| 4 | Telephone: (650) 849-4400 |
| | Facsimile: (650) 849-4800 |
| 5 | james.lewis@bingham.com |
| | william.abrams@bingham.com |
| 6 | ruby.wayne@bingham.com |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., |
| 8 | A California L.L.C. |
| 9 | Morrison & Foerster LLP |
| | JAMES POOLEY (SBN 058041) |
| | L. SCOTT OLIVER (SBN 174824) |
| 10 | DIANA LUO (SBN 233712) |
| | 755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 12 | Facsimile: (650) 494-0792 |
| | jpooley@mofo.com |
| 13 | soliver@mofo.com |
| | dluo@mofo.com |
| 14 | Attorneys for Defendant and Counterplaintiff |
| 15 | BROADCOM CORPORATION, |
| | A California Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | No. C06-05118 JF (RS) |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT, DISCOVERY, AND HEARING DATES** |
| v. | |
| BROADCOM CORPORATION, a California corporation, | |
| Defendant, | |
| and related counterclaims. | |

Pursuant to Northern District Local Rule 7-12, Townshend Intellectual Property, L.L.C. and Broadcom Corporation (collectively "the Parties") hereby jointly submit this Stipulation

regarding a 14 day continuance of case management, discovery, and hearing dates so that the parties may focus on settlement efforts and request that the Court adopt it as a Continuance Order:

WHEREAS, on February 13, 2008, the Parties engaged in settlement negotiations, and agreed to the key terms of a settlement, subject to finalization and execution of a written settlement agreement;

The Parties further agreed to endeavor to finalize and execute a written settlement agreement by February 28, 2008;

On February 14, 2008, Townshend delivered to Broadcom a draft settlement agreement;

Townshend's Final Infringement Contentions are due to be served on February 19, 2008;

On February 6, 2008, Townshend noticed its Motion to Compel Broadcom's Supplemental Preliminary Invalidity Contentions ("Motion") for a hearing before Magistrate Judge Richard Seeborg on March 12, 2008, and on February 7, 2008, the Court continued the motion hearing until March 19, 2008, but ordered that the briefing schedule remain calculated from the originally-noticed hearing date;

Broadcom's opposition to the Motion is due to be filed on February 20, 2008;

Broadcom Supplemental Preliminary Invalidity Contentions are due to be served by February 25, 2008;

Townshend's reply to Broadcom's opposition to the Motion is due to be filed on February 27, 2008;

Townshend's responses to Broadcom's Fifth Set of Interrogatories are due to be served on February 29, 2008;

On February 11, 2008, the Parties submitted a Joint Letter Brief to Magistrate Judge Richard Seeborg requesting resolution of a dispute over discovery of information relating to standard setting organizations;

Broadcom's Final Invalidity Contentions are due to be served on March 10, 2008; and

Per the Court's February 1, 2008 Order, the fact discovery cut-off date in this matter is set for June 30, 2008;

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the Parties, and through their respective |
| 2 | attorneys of record, as follows: |
| 3 | The Parties will continue to endeavor in good faith to finalize and execute a written |
| 4 | settlement agreement by February 28, 2008; |
| 5 | To allow the parties to focus on completing a written settlement agreement by February |
| 6 | 28, 2008, and avoid further costs, the Court shall continue by 14 days all case management, |
| 7 | discovery, and hearing dates, including but not limited to those identified above, or to later dates, |
| 8 | subject to the Court's calendar; |
| 9 | The Parties will request that Magistrate Judge Seeborg suspend his consideration of the |
| 10 | Parties' February 11, 2008 Joint Letter Brief until after February 28, 2008; and |
| 11 | The Parties will report to the Court by February 28, 2008 the result of their settlement |
| 12 | efforts. |
| 13 | IT IS SO STIPULATED. |

DATED: February 15, 2008

By: /s/ Carlos P. Miño
Carlos P. Miño
carlos.mino@bingham.com
BINGHAM McCUTCHEN LLP
Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL
PROPERTY, LLC

DATED: February 15, 2008

By: /s/ Diana Luo
Diana Luo
dluo@mofo.com
MORRISON & FOERSTER LLP
Attorneys for Defendant
BROADCOM CORPORATION

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4 DATED: 2/22/08                      _____
5                                                           Honorable Jeremy Fogel
                                                          United States District Court Judge

**CERTIFICATION BY CARLOS P. MIÑO PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for plaintiff Townshend Intellectual Property LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains another signatory. I declare that concurrence has been obtained from the other signatory to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on February 15, 2008.

By: /s/ Carlos P. Miño
Carlos P. Miño
BINGHAM McCUTCHEN LLP
Attorneys for Plaintiff and Counterdefendant
TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.

5
Case No. C06-05118 JF
STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT, DISCOVERY, AND HEARING DATES
A/72435980.1