| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | JAMES B. LEWIS (SBN 71669) |
| 2 | WILLIAM F. ABRAMS (SBN 88805) |
| | RUBY M. WAYNE (SBN 229538) |
| 3 | 1900 University Avenue |
| | East Palo Alto, California 94303-2223 |
| 4 | Telephone: (650) 849-4400 |
| | Facsimile: (650) 849-4800 |
| 5 | james.lewis@bingham.com |
| | william.abrams@bingham.com |
| 6 | ruby.wayne@bingham.com |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., |
| 8 | A California L.L.C. |
| | Morrison & Foerster LLP |
| 9 | JAMES POOLEY (SBN 058041) |
| | L. SCOTT OLIVER (SBN 174824) |
| 10 | DIANA LUO (SBN 233712) |
| | 755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 12 | Facsimile: (650) 494-0792 |
| | jpooley@mofo.com |
| 13 | soliver@mofo.com |
| | dluo@mofo.com |
| 14 | Attorneys for Defendant and Counterplaintiff |
| 15 | BROADCOM CORPORATION, |
| | A California Corporation |

\*\*E-filed 3/14/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | No. C06-05118 JF (RS) |
| Plaintiff, | **SECOND SUPPLEMENTAL STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT, DISCOVERY, AND HEARING DATES** |
| v. | |
| BROADCOM CORPORATION, a California corporation, | |
| Defendant, | |
| and related counterclaims. | |

Pursuant to Northern District Local Rule 7-12, Townshend Intellectual Property, L.L.C. and Broadcom Corporation (collectively "the Parties") hereby jointly submit this Supplemental

1     Case No. C06-05118 JF

Stipulation regarding a further 15-day continuance of case management, discovery, and hearing dates so that the parties may continue to focus on settlement efforts and request that the Court adopt it as a Continuance Order:

WHEREAS, on February 15, 2008, the Parties submitted a Stipulation to continue case management, discovery, and hearing dates by 14 days so that the parties could focus on settlement efforts;

On February 22, 2008, the Court adopted this Stipulation as its Continuance Order;

On February 28, 2008, the Parties submitted a stipulation to continue case management, discovery, and hearing dates by 7 days so that the parties could focus on settlement efforts;

The Parties are working to finalize and execute a written settlement agreement by March 21, 2008;

IT IS HEREBY STIPULATED by and between the Parties, and through their respective attorneys of record, as follows:

The Parties will continue to endeavor in good faith to finalize and execute a written settlement agreement by March 21, 2008;

To allow the parties to focus on completing a written settlement agreement by March 21, 2008, and avoid further costs, the Court shall further continue by 15 days all case management, discovery, and hearing dates, including but not limited to those identified in the February 15, 2008 Stipulation, or to later dates, subject to the Court's calendar;

The Parties further request that Magistrate Judge Seeborg continue to suspend his consideration of the Parties' February 11, 2008 Joint Letter Brief until after March 21, 2008; and

The Parties will report to the Court by March 21, 2008 the result of their settlement efforts.

///

1  IT IS SO STIPULATED.

2  DATED: March 6, 2008

3

4                                          By:      /s/  Ruby M. Wayne
                                                    Ruby M. Wayne
5                                                ruby.wayne@bingham.com
                                                 BINGHAM McCUTCHEN LLP
6                                                   Attorneys for Plaintiff
                                                 TOWNSHEND INTELLECTUAL
7                                                      PROPERTY, LLC

8  DATED:   March 6, 2008

9

10                                         By:      /s/  Diana Luo
                                                    Diana Luo
11                                                   dluo@mofo.com
                                                 MORRISON & FOERSTER LLP
12                                                  Attorneys for Defendant
                                                 BROADCOM CORPORATION

13

14

15

16

17       PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19  DATED:   3/14/08                       _____
                                                  Honorable Jeremy Fogel
20                                              United States District Court Judge

21

22

23

24

25

26

27

28

3                                    Case No. C06-05118 JF

SECOND SUPPLEMENTAL STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT,
DISCOVERY, AND HEARING DATES

A/72456877.1

**CERTIFICATION BY RUBY M. WAYNE PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for plaintiff Townshend Intellectual Property LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains another signatory. I declare that concurrence has been obtained from the other signatory to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on March 6, 2008.

By:    /s/ Ruby M. Wayne
Ruby M. Wayne
ruby.wayne@bingham.com
BINGHAM McCUTCHEN LLP
Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY, LLC