1  Bingham McCutchen LLP
   JAMES B. LEWIS (SBN 71669)
2  WILLIAM F. ABRAMS (SBN 88805)
   RUBY M. WAYNE (SBN 229538)
3  1900 University Avenue
   East Palo Alto, California  94303-2223
4  Telephone:  (650) 849-4400
   Facsimile:  (650) 849-4800
5  james.lewis@bingham.com
   william.abrams@bingham.com
6  ruby.wayne@bingham.com

7  Attorneys for Plaintiff and Counterdefendant
   TOWNSHEND INTELLECTUAL PROPERTY, L.L.C.,
8  A California L.L.C.

9  Morrison & Foerster LLP
   JAMES POOLEY (SBN 058041)
   L. SCOTT OLIVER (SBN 174824)
10 DIANA LUO (SBN 233712)
   755 Page Mill Road
11 Palo Alto, California 94304-1018
   Telephone:  (650) 813-5600
12 Facsimile:  (650) 494-0792
   jpooley@mofo.com
13 soliver@mofo.com
   dluo@mofo.com

14 Attorneys for Defendant and Counterplaintiff
   BROADCOM CORPORATION,
15 A California Corporation

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN JOSE DIVISION

20
   TOWNSHEND INTELLECTUAL PROPERTY,          No.  C06-05118 JF (RS)
21 L.L.C., a California L.L.C.,
                                             **THIRD SUPPLEMENTAL**
22          Plaintiff,                       **STIPULATION REGARDING**
        v.                                   **CONTINUANCE OF CASE**
                                             **MANAGEMENT, DISCOVERY, AND**
23 BROADCOM CORPORATION, a California        **HEARING DATES**
24 corporation,

25          Defendant,

26 and related counterclaims.

27          Pursuant to Northern District Local Rule 7-12, Townshend Intellectual Property, L.L.C.

28 and Broadcom Corporation (collectively "the Parties") hereby jointly submit this Third

THIRD SUPPLEMENTAL STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT,
DISCOVERY, AND HEARING DATES; Case No. C06-05118 JF

A/72476490.1

1  Supplemental Stipulation regarding a further 12-day continuance of case management,

2  discovery, and hearing dates so that the parties may continue to focus on settlement efforts and

3  request that the Court adopt it as a Continuance Order:

4      WHEREAS, on February 15, 2008, the Parties submitted a stipulation to continue case

5  management, discovery, and hearing dates by 14 days so that the parties could focus on

6  settlement efforts;

7      On February 22, 2008, the Court adopted such stipulation as its Continuance Order;

8      On February 28, 2008, the Parties submitted a supplemental stipulation to continue case

9  management, discovery, and hearing dates by 7 days so that the parties could focus on settlement

10  efforts;

11      On March 6, 2008, the Parties submitted a second supplemental stipulation to continue

12  case management, discovery, and hearing dates by 15 days so that the parties could focus on

13  settlement efforts;

14      The Parties are working to finalize and execute a written settlement agreement by

15  April 2, 2008;

16      IT IS HEREBY STIPULATED by and between the Parties, and through their respective

17  attorneys of record, as follows:

18      The Parties will continue to endeavor in good faith to finalize and execute a written

19  settlement agreement by April 2, 2008;

20      To allow the parties to focus on completing a written settlement agreement by April 2,

21  2008, and avoid further costs, the Court shall further continue by 12 days all case management,

22  discovery, and hearing dates, including but not limited to those identified in the February 15,

23  2008 Stipulation, or to later dates, subject to the Court's calendar;

24      The Parties further request that Magistrate Judge Seeborg continue to suspend his

25  consideration of the Parties' February 11, 2008 Joint Letter Brief until after April 2, 2008; and

26      The Parties will report to the Court by April 2, 2008 the result of their settlement efforts.

27  ///

28

THIRD SUPPLEMENTAL STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT,
DISCOVERY, AND HEARING DATES; Case No. C06-05118 JF

1    IT IS SO STIPULATED.

2
     DATED:  March 20, 2008
3

4                                              By:  _____/s/  Ruby M. Wayne_____
                                                          Ruby M. Wayne
5                                                     ruby.wayne@bingham.com
                                                   BINGHAM McCUTCHEN LLP
6                                                    Attorneys for Plaintiff
                                                 TOWNSHEND INTELLECTUAL
7                                                      PROPERTY, LLC

8    DATED:  March 20, 2008

9
                                               By:  _____/s/  Diana Luo_____
10                                                        Diana Luo
                                                       dluo@mofo.com
11                                              MORRISON & FOERSTER LLP
                                                    Attorneys for Defendant
12                                                BROADCOM CORPORATION

13

14

15

16

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   DATED: _3/28/08_____              _____
                                                       Honorable Jeremy Fogel
20                                               United States District Court Judge

21

22

23

24

25

26

27

28
                                       3

A/72476490.1

1   **CERTIFICATION BY RUBY M. WAYNE PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

2

3        1.     I am a lawyer licensed to practice law in the State of California, and am an

4   associate in the law firm of Bingham McCutchen LLP, counsel for plaintiff Townshend

5   Intellectual Property LLC.  The statements herein are made on my personal knowledge, and if

6   called as a witness I could and would testify thereto.

7        2.     The above e-filed document contains another signatory.  I declare that

8   concurrence has been obtained from the other signatory to file this jointly prepared document

9   with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this

10  concurrence for subsequent production for the Court if so ordered, or for inspection upon request

11  by a party until one year after final resolution of the action (including appeal, if any).

12       3.     I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct on March 20, 2008.

14

15

16              By:          /s/  Ruby M. Wayne

17                               Ruby M. Wayne
                          ruby.wayne@bingham.com

18                        BINGHAM McCUTCHEN LLP
                          Attorneys for Plaintiff

19                  TOWNSHEND INTELLECTUAL PROPERTY, LLC

20

21

22

23

24

25

26

27

28

A/72476490.1