| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | JAMES B. LEWIS (SBN 71669) |
| 2 | WILLIAM F. ABRAMS (SBN 88805) |
| | RUBY M. WAYNE (SBN 229538) |
| 3 | 1900 University Avenue |
| | East Palo Alto, California  94303-2223 |
| 4 | Telephone:  (650) 849-4400 |
| | Facsimile:  (650) 849-4800 |
| 5 | james.lewis@bingham.com |
| | william.abrams@bingham.com |
| 6 | ruby.wayne@bingham.com |
| 7 | Attorneys for Plaintiff and Counterdefendant |
| | TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., |
| 8 | A California L.L.C. |
| | Morrison & Foerster LLP |
| 9 | JAMES POOLEY (SBN 058041) |
| | L. SCOTT OLIVER (SBN 174824) |
| 10 | DIANA LUO (SBN 233712) |
| | 755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018 |
| | Telephone:  (650) 813-5600 |
| 12 | Facsimile:  (650) 494-0792 |
| | jpooley@mofo.com |
| 13 | soliver@mofo.com |
| | dluo@mofo.com |
| 14 | |
| | Attorneys for Defendant and Counterplaintiff |
| 15 | BROADCOM CORPORATION, |
| | A California Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWNSHEND INTELLECTUAL PROPERTY, L.L.C., a California L.L.C., | No.  C06-05118 JF |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN TOWNSHEND INTELLECTUAL PROPERTY L.L.C. AND BROADCOM CORP.** |
| v. | |
| BROADCOM CORPORATION, a California corporation, | |
| Defendant, | |
| and related counterclaims. | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Townshend Intellectual Property, L.L.C., and Broadcom Corp., through their respective counsel, as follows: |

1. Pursuant to Fed. R. Civ. P. 41(a), the action *Townshend Intellectual Property, L.L.C. v. Broadcom Corp.*, No. 06-05118-JF (RS), including all claims and counterclaims, is hereby DISMISSED with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

DATED:  April 1, 2008        BINGHAM McCUTCHEN LLP

By: _____/s/ Ruby M. Wayne_____
Ruby M. Wayne
ruby.wayne@bingham.com
Attorneys for Plaintiff and Counterdefendant
TOWNSHEND INTELLECTUAL
PROPERTY, L.L.C.

DATED:  April 1, 2008        MORRISON & FOERSTER LLP

By: _____/s/ L. Scott Oliver_____
L. Scott Oliver
soliver@mofo.com
MORRISON & FOERSTER LLP
Attorneys for Defendant and Counterplaintiff
BROADCOM CORPORATION

IT IS SO ORDERED.

DATED:  ____4/2/08_____        _____
Honorable Jeremy Fogel
United States District Court Judge

**CERTIFICATION BY RUBY M. WAYNE PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for plaintiff Townshend Intellectual Property LLC. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatories. I declare that concurrence has been obtained from the signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on April 1, 2008.

By: ___/s/ Carlos P. Miño___
Carlos P. Miño
carlos.mino@bingham.com
BINGHAM McCUTCHEN LLP
Attorneys for Plaintiff
TOWNSHEND INTELLECTUAL PROPERTY, LLC